**Order entered July 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00563-CR

**BILLY JOE CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-81619-2012**

## ORDER

On July 8, 2015, we ordered appellant for the second time to file an amended brief that included only the initials of the complaining witness and her sister. The amended brief was due within three days of our order. Appellant missed the deadline and tendered his second-amended brief to the Court today, without seeking an extension of time to file it. We **ORDER** appellant to file, **by 5 p.m. on July 23, 2015,** a motion for an extension of time to file his brief.

/s/     CRAIG STODDART
PRESIDING JUSTICE